**WALLACE C. DRENNAN, INC.**     \*     **NO. 2023-CA-0193**

**VERSUS**     \*     **COURT OF APPEAL**

**LATOYA CANTRELL, IN HER**     \*     **FOURTH CIRCUIT**
**OFFICIAL CAPACITY AS THE**
**MAYOR OF THE CITY OF**     \*     **STATE OF LOUISIANA**
**NEW ORLEANS, JOSH**
**HARTLEY, IN HIS OFFICIAL**     \*
**CAPACITY AS ACTING**
**DIRECTOR OF THE**     \*
**DEPARTMENT OF PUBLIC**     \* \* \* \* \* \* \*
**WORKS, CITY OF NEW**
**ORLEANS, AND THE CITY OF**
**NEW ORLEANS**

**PAB**
**BROWN, J., CONCURS IN THE RESULT**

    I respectfully concur in the result.